UNITED STATES DISTRICT COURT  FILED

FOR THE EASTERN DISTRICT OF CALIFORNIA DEC 0 6 2005

CLERK ... DISTRICT COURT
EASTERN DISTRICT OF CA...

| | |
|---|---|
| QUINTON SHORTER,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>GRAY DAVIS, Govenor; et al.,<br><br>  Defendants - Appellees. | No. 05-17087<br>D.C. No. CV-03-02359-LKK<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith      [x]

Explanation: The petitioner has not exhausted administrative remedies

_____
Judge
United States District Court

Date: 12/2/05